Buradus *v.* General Cement Products Co. et al., Appellants.

Argued March 24, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Arthur M. Grossman,* for appellants.

*Samuel J. Goldstein,* for appellee.

PER CURIAM, April 14, 1947:

The judgment of the Superior Court is affirmed upon the opinion of Judge HIRT.